UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE JUDITH ELLEN LOMBARDO,  CASE NO. 15-48609-PJS
HON. Phillip J. Shefferly
Debtor.  CHAPTER 13
_____/

**ORDER GRANTING CONSUMER PORTFOLIO SERVICES, INC.
RELIEF FROM THE AUTOMATIC STAY**

This matter being before the Court on an Affidavit of Default Under Order Modifying Automatic Stay filed on behalf of Consumer Portfolio Services, Inc.; and

The Court finding that Debtor has defaulted under an Order Modifying the Automatic Stay entered on stipulation of the parties on March 28, 2017; and,

The Court being further and more fully advised in the premises.

**IT IS HEREBY ORDERED** that Consumer Portfolio Services, Inc. is granted relief from the automatic stay pursuant to 11 U.S.C. §362 (d)(1) and that the provisions of BR 4001 (a)(3) are deemed waived in connection with its collateral consisting of a 2007 Dodge Nitro bearing vehicle identification number 1D8GU58K57W611057 (the "Vehicle").

**IT IS HEREBY FURTHER ORDERED** that Consumer Portfolio Services, Inc. may exercise its rights as to the Vehicle as provided under the Retail Installment Sale Contract and applicable non-bankruptcy law.

**Signed on September 28, 2017**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly
United States Bankruptcy Judge**